**FILED**

JUL 24 2025

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

C 25 06251 AGT

CHEREE C. HARDY

                Plaintiff,

vs.

CONVEX SYSTEMS, INC.,
doing business as Convex
AND
MYOUNG KANG, individually

                Defendant.

CASE NO. _____

APPLICATION TO PROCEED
IN FORMA PAUPERIS

    I, __CHEREE C. HARDY__, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

    In support of this application, I provide the following information:

1.     Are you presently employed?                 Yes ___ No _X_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____  Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

Form-Intake 3 (Rev. 4/05)                 - 1 -

1  and wages per month which you received.
2  Date of last employment: May 14, 2025
3  Gross: $95,000.00/annually (prorated to $39,583.33 for January through May, 2025)
4  Net: $32,459.13 estimation for January through May, 2025)

5  2.   Have you received, within the past twelve (12) months, any money from any of the
6  following sources:

7      a.   Business, Profession or                    Yes ___  No _X_
8          self employment?
9      b.   Income from stocks, bonds,                 Yes ___  No _X_
10         or royalties?
11     c.   Rent payments?                             Yes ___  No _X_
12     d.   Pensions, annuities, or                    Yes ___  No _X_
13         life insurance payments?
14     e.   Federal or State welfare payments,         Yes ___  No _X_
15         Social Security or other govern-
16         ment source?

17 If the answer is "yes" to any of the above, describe each source of money and state the amount
18 received from each.
19 _____
20 _____

21 3.   Are you married?                                   Yes ___  No _X_
22 Spouse's Full Name: NOT APPLICABLE
23 Spouse's Place of Employment: NOT APPLICABLE
24 Spouse's Monthly Salary, Wages or Income:
25 Gross $_____ Net $_____
26 4.   a.   List amount you contribute to your spouse's support:$ _____
27     b.   List the persons other than your spouse who are dependent upon you for support
28         and indicate how much you contribute toward their support. (NOTE: For minor

1  children, list only their initials and ages.  DO NOT INCLUDE THEIR NAMES.)
2  M.K.C. - 14 ; O.R.V.W. - 6; K. J. A. B. - 17; B.R.N. - 8
3  
4  5. Do you own or are you buying a home?    Yes ___  No  X
5  Estimated Market Value: $_____  Amount of Mortgage: $_____
6  6. Do you own an automobile?    Yes  X   No ___
7  Make  TESLA    Year  2022    Model  MODEL Y
8  Is it financed? Yes  X    No _____   If so, Total due: $ 42,000
9  Monthly Payment: $ 1200
10 7. Do you have a bank account? Yes  X   No ____ (Do not include account numbers.)
11 Name(s) and address(es) of bank: JP MORGAN CHASE BANK - 383 MADISON
12 P.O. BOX 6294, CAROL STREAM, IL 60197-6294.
13 Present balance(s): $ -400
14 Do you own any cash? Yes ___  No  X   Amount: $ _____
15 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
16 market value.)    Yes ___  No  X
17 
18 8. What are your monthly expenses?
19 Rent: $ 3600 (hotel lodging cost)   Utilities: 200
20 Food: $ 1000    Clothing: 150
21 Charge Accounts:
22 Name of Account            Monthly Payment           Total Owed on This Account
23 CHASE              $ 800              $ 22,000
24 BANK OF AMERICA    $ 800              $ 22,000
25 CITIBANK           $ 800              $ 13,000
26 9. Do you have any other debts? (List current obligations, indicating amounts and to whom
27 they are payable. Do not include account numbers.)
28 Yes: LendingClub - $22,000 (personal loan); Affirm $7500 (personal loan);

Form-Intake 3 (Rev. 4/05)            - 3 -

1  Nelnet $10,000 (student loans)

2  10.     Does the complaint which you are seeking to file raise claims that have been presented in
3  other lawsuits?   Yes ____  No  X

4  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
5  which they were filed.

6  _____

7  _____

8  I declare under the penalty of perjury that the foregoing is true and correct and understand that a
9  false statement herein may result in the dismissal of my claims.

10
11  07/23/2025                         *Cheapes C. Heady*    att 07/24/25
12       DATE                          SIGNATURE OF APPLICANT

Form-Intake 3 (Rev. 4/13)                    - 4 -