UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHEREE C. HARDY,<br><br>　　　　　Plaintiff.<br><br>　v.<br><br>CONVEX SYSTEMS, INC., et al.,<br><br>　　　　　Defendants. | Case No. 25-cv-06251-AGT<br><br>**ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS**<br><br>Re: Dkt. No. 2 |

Plaintiff has applied to proceed *in forma pauperis*. Having considered her application and complaint, the Court hereby **GRANTS** her application. The Clerk of Court shall issue the summons. The U.S. Marshal shall serve, without prepayment of fees, a copy of the complaint, plaintiff's affidavit, and this order upon the defendants.

While this case is pending, plaintiff must promptly inform the Court of any change of address. Failure to do so may result in dismissal of this action.

**IT IS SO ORDERED.**

Dated: July 28, 2025

_____
ALEX G. TSE
United States Magistrate Judge