AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| CHEREE C. HARDY<br>*Plaintiff(s)*<br>v.<br>CONVEX SYSTEMS, INC., et al.<br>*Defendant(s)* | Case No. 25-cv-06251-AGT |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

**Convex Systems, Inc.**  *Doing Business as.* Convex
444 De Haro St. Ste. #220
San Francisco, CA, 94107
**Myoung Kang**
444 De Haro St. Ste. #220
San Francisco, CA, 94107

　　　　A lawsuit has been filed against you.

　　　　Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

　　　　If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Mark B. Busby*

Date: July 28, 2025

*Signature of Clerk or Deputy Clerk*