USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | CASE NO: |
|---|---|
| Cheree C. Hardy | 3:25-cv-06251-AGT |
| DEFENDANT | TYPE OF PROCESS |
| Convex Systems, Inc. et al. | ***See below*** |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Convex Systems, Inc. Doing Business as. Convex
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
444 De Haro St. Ste. #220, San Francisco, CA, 94107

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Cheree C. Hardy
2066 N. Capitol Ave. #9054
San Jose, CA 95132

| | |
|---|---|
| Number of process to be served with this Form 28 | 3 |
| Number of parties to be served in this case | 2 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

***Summons, Complaint and Docket No. 5 ***

**FILED AUG 01 2025**
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

Signature of Attorney other Originator requesting service on behalf of:  Mark B. Busby  [X] PLAINTIFF  [ ] DEFENDANT
TELEPHONE NUMBER: 510-637-3535
DATE: July 28, 2025

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 3
District of Origin No.: 11
District to Serve No.: 11
Signature of Authorized USMS Deputy or Clerk
Date: 7/29/25

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

Address (complete only if different than shown above)

[ ] A person of suitable age and discretion then residing in defendant's usual place of abode
Date: 7/29/25  Time: 11:00  [X] am [ ] pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | $0.00 |

REMARKS:
Acknowledgement

**RECEIVED JUL 29 25**
UNITED STATES MARSHAL
NORTHERN DISTRICT
OF CALIFORNIA

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED
Form USM-285
Rev. 12/15/80
Automated 01/00

USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

Case 3:25-cv-06251-AGT    Document 7    Filed 08/01/25    Page 2 of 2

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| | |
|---|---|
| PLAINTIFF<br>Cheree C. Hardy | CASE NO:<br>3:25-cv-06251-AGT |
| DEFENDANT<br>Convex Systems, Inc. et al. | TYPE OF PROCESS<br>***See below*** |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Myoung Kang

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
444 De Haro St. Ste. #220, San Francisco, CA, 94107

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Cheree C. Hardy
2066 N. Capitol Ave. #9054
San Jose, CA 95132

| | |
|---|---|
| Number of process to be served with this Form 28 | 3 |
| Number of parties to be served in this case | 2 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

***Summons, Complaint and Docket No. 5 ***

FILED
AUG 01 2025
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

Signature of Attorney other Originator requesting service on behalf of:
Mark B. Busby
☒ PLAINTIFF
☐ DEFENDANT

TELEPHONE NUMBER: 510-637-3535
DATE: July 28, 2025

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 3 | No. 11 | No. 11 | | 7/29/25 |

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

Date: 7/29/25    Time: 11:00 ☒ am ☐ pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | $0.00 |

REMARKS:
Acknowledgement

RECEIVED
JUL 29, 25
UNITED STATES MARSHAL
NORTHERN DISTRICT
OF CALIFORNIA

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00